UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

ESTHER JONES                                           JURY TRIAL DEMANDED

v.                                                     CASE NO.  3:09CV

D. SCOTT CARRUTHERS

## COMPLAINT

1. Plaintiff seeks relief pursuant to the Fair Debt Collection Practices Act ("FDCPA"), l5 U.S.C. § l692; the Connecticut Creditor Collection Practices Act ("CCPA"), Conn. Gen. Stat. § 36a-645 or the Consumer Collection Agency Act, Conn. Gen. Stat. § 36a-800 and regulations issued thereunder; or the Connecticut Unfair Trade Practices Act ("CUTPA"), Conn. Gen. Stat. § 42-110a.

2. The Court has jurisdiction. 15 U.S.C. § 1692k and 28 U.S.C. §133l and § 1367.

3. Plaintiff is a natural person who has resided in Connecticut at all relevant times

4. Plaintiff is a consumer within the FDCPA.

5. Defendant is a debt collector within the FDCPA.

6. Defendant had a place of business at  8448 Katella Ave #100 Stanton CA 90680 which was not licensed pursuant to chapter 669 Part XII of the Connecticut General Statutes when attempting to communicate with plaintiff concerning his effort to collect  a disputed personal Bank First account.

7. Defendant's letters dated July 4, 2009, signed by a Litigation Coordinator, stated, "I will begin preparing your case for a lawsuit to be filed in New haven Count by investigating your employment, assets and banking information. If it is necessary to have a court enforce this contract, court costs and attorneys fees will be added to the amount you owe."

FIRST COUNT

    8. In the collection efforts, defendant violated the FDCPA, *inter alia*, § 1692d, -e, -f, or –g.

SECOND COUNT

    9. Within three years prior to the date of this action Defendant engaged in acts and practices as to plaintiff in violation of the Creditors' Collection Practices Act, §36a-645 *et seq.*, or the Consumer Collection Agency Act, § 36a-800 *et seq.* Conn. Gen. Stat.

    10. Defendant has committed unfair or deceptive acts or practices within the meaning of the Unfair Trade Practices Act, Conn. Gen. Stat. § 42-110a *et seq.*

WHEREFORE plaintiff respectfully requests this Court to:

1. Award plaintiff such damages as are permitted by law, both compensatory and punitive, including $1,000 statutory damages under each of the FDCPA or CCPA for each communication against defendant;

2. Award the plaintiff costs of suit and a reasonable attorney's fee;

3. Award declaratory and injunctive relief, and such other and such further relief as law or equity may provide.

                      THE PLAINTIFF

                      BY____/s/ Joanne S. Faulkner___
                          JOANNE S. FAULKNER ct04137
                          123 Avon Street
                          New Haven, CT 06511-2422
                          (203) 772-0395
                          faulknerlawoffice@snet.net