UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

| | |
|---|---|
| ESTHER JONES, ) | |
| ) | CASE NO. 3:09-CV-1527 (CFD) |
| Plaintiff, ) | |
| ) | |
| v. ) | |
| ) | |
| D. SCOTT CARRUTHERS, ) | |
| ) | |
| Defendant. ) | |

### DEFENDANT'S CONSENT TO JUDGMENT

The plaintiff, Esther Jones (the "Plaintiff"), commenced this lawsuit against the defendant, D. Scott Carruthers (the "Defendant"), by Complaint filed on September 28, 2009. The Defendant denies the material allegations in the Complaint. See Answer.

Between February 4, 2010 and March 3, 2010, the parties unsuccessfully attempted to negotiate a settlement. See Affidavit of Lucas B. Rocklin attached hereto as Exhibit A. Specifically, the parties were unable to agree upon language for a release from the Plaintiff to Defendant, in exchange for the Defendant paying the Plaintiff $3,500.00. See Affidavit of Lucas B. Rocklin and email correspondence between the parties attached thereto.

On February 26, 2010, while the parties were still attempting to negotiate a settlement and ostensibly to exert pressure in connection therewith, the Plaintiff inappropriately filed the Motion for Judgment in Accordance with Settlement Agreement (Doc. No. 12) (the "Motion"). In the Motion, the Plaintiff seeks entry of a judgment against the Defendant in the amount of $3,500.00, based on the Plaintiff's erroneous allegation that the parties have reached an "unconditional" settlement. Id. The Plaintiff also seeks $500.00 in attorneys fees for alleged costs to prepare the Motion. Id.

As stated above, the Defendant denies that the parties reached an "unconditional" settlement. Notwithstanding, the Defendant hereby consents to the Court entering a judgment in favor of the Plaintiff against the Defendant in the amount of $3,500.00. The Defendant objects to the Plaintiff's request for $500.00 in attorneys fees for alleged costs to prepare the Motion. There is no authority for this relief[1] and the request should be denied.

Dated: March 19, 2010
      New Haven, Connecticut

                                        DEFENDANT,
                                      D. SCOTT CARRUTHERS

                              By: /s/Lucas B. Rocklin
                                      Douglas S. Skalka (ct00616)
                                      Lucas B. Rocklin (ct26789)
                                      NEUBERT PEPE & MONTEITH, P.C.
                                      195 Church Street, 13th Floor
                                      New Haven, CT 06510
                                      (203) 821-2000
                                      dskalka@npmlaw.com
                                      lrocklin@npmlaw.com

---

[1] The Plaintiff cites Schmidt v. Zazzara, 544 F.2d 412, 414-15 (9th Cir. 1976) in alleged support that the Court should award the Plaintiff attorneys fees. This case is not on point. In Zazzara, the court found "bad faith" as justification to award attorneys fees. The Defendant has not acted in bad faith, although the Plaintiff arguably has by filing the Defendant's settlement offer with the Court, which is inadmissible. See Rule 408 Fed. R. Evid.

## CERTIFICATE OF SERVICE

I hereby certify that on March 19, 2010, a copy of the foregoing was filed electronically [and served by mail on anyone unable to accept electronic filing]. Notice of this filing will be sent by e-mail to all parties by operation of the Court's electronic filing system [or by mail to anyone unable to accept electronic filing]. Parties may access this filing through the Court's system.

Dated:  March 19, 2010
         New Haven, Connecticut

                              DEFENDANT,
                              D. SCOTT CARRUTHERS

                    By:  /s/Lucas B. Rocklin
                         Douglas S. Skalka (ct00616)
                         Lucas B. Rocklin (ct26789)
                         NEUBERT PEPE & MONTEITH, P.C.
                         195 Church Street, 13th Floor
                         New Haven, CT 06510
                         (203) 821-2000
                         dskalka@npmlaw.com
                         lrocklin@npmlaw.com