UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

**ESTHER JONES**

**v.** **CASE NO. 3:09CV 1527 (CFD)**

**D. SCOTT CARRUTHERS**

**MOTION TO COMPEL**

Defendant failed to respond to the attached post-judgment discovery requests seeking information about income and assets in order to enforce the judgment entered herein. Accordingly, plaintiff moves for an order compelling responses.

THE PLAINTIFF

BY___/s/ Joanne S. Faulkner
JOANNE S. FAULKNER ct04137
123 Avon Street
New Haven, CT 065l1-2422
(203) 772-0395

Certificate of Service

I hereby certify that on June 24, 2010, a copy of foregoing was filed electronically. Notice of this filing will be sent by e-mail to all parties by operation of the Court's electronic filing system. Parties may access this filing through the Court's system.

____/s/ Joanne S. Faulkner___

JOANNE S. FAULKNER ct04137

UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

ESTHER JONES

v. CASE NO. 3:09CV 1527 (CFD)

D. SCOTT CARRUTHERS May 10, 2010

**RULE 69 DISCOVERY REQUESTS**

**DEFINITIONS AND INSTRUCTIONS**

1. The terms “you” and “your” and “defendant” shall mean the defendant.

2. The terms “person” and “persons” shall mean and includes any natural person, firm, association, partnership, joint venture, corporation, estate, trust, receiver, syndicate, municipal corporation, and any other form of legal entity or other group or combination acting as a unit.

3. The terms "document" and "documents" includes electronic records and transmissions, and writings and recordings as defined in Fed. R. Evid. 1001, including, without limitation, any written material, whether typed, handwritten, printed or otherwise, and whether in draft or final form, of any kind or nature, or any photograph, photostat, microfilm or other reproduction thereof, including, without limitation, each note, memorandum, letter, telegram, telex, circular, release, article, report, prospectus, memorandum of any telephone or in-person conversation, any financial statement, analysis, drawing, graph, chart, account, book, notebook, draft, summary, diary, transcript, computer data base, computer printout or other computer generated matter, contract or order, technical report, laboratory report or notebook, engineering report, patent, registration or mark, application for a copyright, trademark or patent, patent appraisal, infringement search or study, and all mechanical and

electronic audio and video recordings or transcripts thereof, and other data compilations from which information can be obtained and translated; if necessary, by Defendant into reasonably usable form. Electronic mail is included within the definition of the terms "document" or "documents." A draft or-non-identical copy is a separate document within the meaning of the term.

4. The term "relating" (or "relate") shall mean: pertaining, describing, referring, evidencing, reflecting, discussing, showing, supporting, contradicting, refuting, constituting, embodying, containing, concerning, identifying, or in any way logically or factually connected with the matter discussed.

5. The words "or" and "and" shall be read in the conjunctive and not in the disjunctive wherever they appear, and neither of these words shall be interpreted to limit the scope of a request. The use of a verb in any tense shall be construed as the use of the verb in all other tenses and the singular form shall be deemed to include the plural, and vice-versa. The singular form of any noun shall be deemed to include the plural, and vice-versa.

6. The present tense includes the past and future tenses. The singular includes the plural, and the plural includes the singular. "All" means "any and all"; "any" means "any and all." "Including" means "including but not limited to." "And" and "or" encompass both "and" and "or." Words in the masculine, feminine or neuter form shall include each of the other genders.

INTERROGATORIES REQUESTED FROM DEFENDANT

1. Please fully identify all real property in which you have had any legal or equitable interest at any time since October 1, 2001. In your identification, please state any encumbrances on such properties and the lienholders thereof.

2. If any property identified in your answer to Interrogatory No. 1 has been transferred, please identify the date of transfer, the transferee, and the consideration for the transfer.

3. Please identify each and every bank account in which you have or have had any interest, as owner, trustee or in any other capacity, at any point in the last three years, stating each account number, the nature of the account and the current balance in the account.

4. Please identify all personal property of a value in excess of $1,000.00 owned by you at any time from October 1, 2001 to the present.

5. Please identify all transfers of any property identified in response to the preceding interrogatory, including but not limited to the date of such transfer, the identity of each transferee, and the consideration for each transfer.

6. Please identify all persons or entities for whom you have performed or agreed, either orally or in writing, to perform any work for compensation since October 1, 2007 to the present, including any persons or entities as to whom there existed an agreement, either oral or in writing, to perform any collection work.

8. Identify all owners, directors, shareholders and officers of any corporation in which you have been an officer, owner, director, or shareholder since October 1, 2001.

9. Identify any assets in which you have had any legal or equitable interest at any time since October 1, 2001, if not identified in response to a prior interrogatory in this set of interrogatories.

PRODUCTION REQUESTSED FROM DEFENDANT

1. All statements issued since October 1, 2004, by any bank, savings association, stock broker, mutual fund, trust, or any other financial institution for any account in which you have had any legal or equitable interest, or had the right to exercise any degree of control.

2. All tax returns that you filed with the United States at any time since October 1, 2001.

3. All tax returns or corporate reports that you authorized, approved, signed or caused to be filed at any time since October 1, 2001.

4. All tax returns for any trust including children's and family trusts, that you authorized, approved, signed or caused to be filed with the United States at any time since October 1, 2001.

5. All documents, including but not limited to deeds, which identify any real property in which you have had any degree of legal or equitable ownership interest, or had the right to exercise any degree of control, at any time since October 1, 2001.

6. All documents showing the title history of the premises you live in, including any agreements with the current owner of record as to the premises.

7. All documents showing the title history of the premises you have your offices in, including any agreements with the current owner of record as to the premises.

8. All documents, including but not limited to deeds, warranties, invoices, purchase orders or bills of sale which identify any personal property with a value in excess of $1,000.00 in which you have had any degree of legal or equitable ownership interest, or had the right to exercise any degree of control, at any time since October 1, 2004.

9. The titles to any motor vehicles in which you have had any degree of ownership interest, or had the right to exercise any degree of control, at any time since October 1, 2004.

10. All documents that disclose any income, including, but not limited to, trust distributions; compensation; dividends; interest; capital gains from the disposal of assets, and the like, that you have had since October 1, 2004.

11. All documents that identify any business in which you have been employed or had any ownership interest, or had the right to exercise any degree of control at any time since October 1, 2004.

12. For the period since August 1, 2004, all documents identifying the recipient(s) of any funds in excess of $1,000 disbursed from any business or trust account.

13. A copy of each check of $10,000 or more, signed by you at any time from July 1, 2004 to the present.

14. 18. All documents showing payment of any financial obligation of defendant, at any time from March 1, 2006, to the present.

15. All documents showing your income from any source during 2006-2009, including tax forms, pay stubs, and distributions.

16. All W-2s, 1099s, K-1s and the like issued to you in and since 2006.

17. All W-2s, 1099s, K-1s and the like issued by you in and since 2006.

18. All retainer agreements with any entity named, in whole or in part, Regent.

THE PLAINTIFF

BY___/s/ Joanne S. Faulkner
JOANNE S. FAULKNER ct04137
123 Avon Street

New Haven, CT 065l1-2422
(203) 772-0395