UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

**ESTHER JONES**

**v.** **CASE NO. 3:09CV 1527 (CFD) (TPS)**

**D. SCOTT CARRUTHERS** **August 20, 2010**

# MOTION FOR ORDER TO SHOW CAUSE

Plaintiff moves for an order directing defendant to show cause why he should not be found in civil contempt for failure to comply with this Court's Order (Doc. No. 23) that he respond to post-judgment discovery by August 9, 2010, and for refusal to pay the agreed judgment entered by this Court (Doc. No. 17, April 7, 2010). 18 U.S.C. § 401(3); Fed. R. Civ. P. 37(b).

Plaintiff respectfully requests this Court to issue an Order directing Defendant to appear before this Court at a time and place to be fixed in said Order, to show cause why he should not be adjudged in civil contempt of this Court; and for failure of defendant to appear, issue a Form AO442; and

THEREAFTER, (a) issue an Order adjudging defendant in civil contempt of this Court's Order and Final Judgment, and issue a Form AO442;

(b) Order and direct defendant forthwith to comply therewith; and further

(c) Impose upon defendant a fine of up to $1,000 for every day after this Court's Order that defendant fails to carry out the directions of this Court;

(d) Issue such further orders as the nature of the case may require and as the

Court may deem just and proper to compel obedience to and compliance with the orders and decrees of this Court; and

(e) Grant to the plaintiff the costs and fees of maintaining this proceeding.

THE PLAINTIFF

BY____/s/ Joanne S. Faulkner_____
JOANNE S. FAULKNER ct04137
123 Avon Street
New Haven, CT 065l1-2422
(203) 772-0395

Certificate of Service

I hereby certify that on August 20, 2010, a copy of foregoing was filed electronically. Notice of this filing will be sent by e-mail to all parties by operation of the Court's electronic filing system. Parties may access this filing through the Court's system.

__/s/ Joanne S. Faulkner___________
Joanne S. Faulkner