UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

**ESTHER JONES**

**v.** **CASE NO. 3:09CV 1527 (CFD) (TPS)**

**D. SCOTT CARRUTHERS** **August 20, 2010**

MEMORANDUM IN SUPPORT OF MOTION FOR ORDER TO SHOW CAUSE

Defendant has refused to comply with the judgment of this Court by paying the judgment with statutory interest, and refused to comply with a specific order directing him to respond to post-judgment interrogatories. Pursuant to Fed. R. Civ. P. 37(b)(2) and –(c)(1), "A federal district court possesses broad inherent power to protect the administration of justice by levying sanctions in response to abusive litigation practices." Penthouse Intern., Ltd. v. Playboy Enterprises, Inc., 663 F.2d 371, 386 (2d Cir. 1981). The predicate for imposition of sanctions pursuant to Rule 37(b) is failure to obey a lawful order from this court. "Provided that there is a clearly articulated order of the court requiring specified discovery, the district court has the authority to impose Rule 37(b) sanctions for noncompliance with that order." Daval Steel Products, a Div. of Francosteel Corp. v. M/V Fakredine, 951 F.2d 1357, 1363 (2d Cir. 1991).

Here, where the Court effectively ruled that defendant attorney violated the FDCPA, his disrespect for the Court as well as the FDCPA is particularly offensive to the system of justice.

Plaintiff reminded defense counsel of the overdue discovery on August 13, 2010.

CONCLUSION

An order to show cause should enter as requested, so that defendant can show cause why he should not be held in contempt and why the requested orders, including arrest, should not issue.

THE PLAINTIFF

BY____/s/ Joanne S. Faulkner___
JOANNE S. FAULKNER ct04137
123 Avon Street
New Haven, CT 06511-2422
(203) 772-0395
j.faulkner@snet.net

Certificate of Service

I hereby certify that on August 20, 2010, a copy of foregoing was filed electronically. Notice of this filing will be sent by e-mail to all parties by operation of the Court's electronic filing system. Parties may access this filing through the Court's system.

__/s/ Joanne S. Faulkner___________
Joanne S. Faulkner