NEUBERT,
PEPE &
MONTEITH, P.C.
Attorneys At Law

195 Church Street, 13th Floor
New Haven, Connecticut 06510
Telephone: (203) 821-2000
Facsimile: (203) 821-2009

Michael D. Neubert
Gregory J. Pepe
Deborah Monteith Neubert
Douglas S. Skalka
Judy K. Weinstein
Peter T. Fay
Andrew R. Lubin
Robert T. Gradoville
Nancy Bohan Kinsella
Eric J. Stockman

Kevin M. Godbout
Cameron C. Staples
Mark I. Fishman
Simon I. Allentuch
Gretchen G. Randall
Sherman H. Krevolin
Mark E. Stopa
Lucas B. Rocklin
Jennifer L. Cammarano

Vimala B. Ruszkowski
Sandy T. Roussas
Jane E. Ballerini

Counsel:
Louis J. Testa*

Of Counsel:
Deborah J. Winegardt†
Patrick J. Lapera

Additional Locations in:
Fairfield and Shelton

*Admitted in New York Only
†Admitted in Georgia Only

www.npmlaw.com

January 6, 2011

**VIA FACSIMILE (714) 761-1754**
**and FEDERAL EXPRESS**
D. Scott Carruthers, Esq.
8448 Katella Avenue
Suite 100
Stanton, CA 90680

Re: **Esther Jones v. D. Scott Carruthers**
**Case No. 3:09-CV-1527 (CFD)**

Dear Mr. Carruthers:

I am writing pursuant to the January 4, 2011 Order of the United States District Court for the District of Connecticut (*Droney, J.*) (the "Order"), a copy of which is attached hereto. In accordance with the Order, your personal appearance is required at the Motion for Contempt hearing scheduled for January 31, 2011 at 2:00 p.m. The Motion for Contempt hearing is in connection with, among other things, your failure to: (a) respond to the plaintiff's post judgment discovery, (b) comply with the July 22, 2010 court order, requiring a response to the plaintiff's post judgment discovery by August 9, 2010, (c) respond to the plaintiff's August 20, 2010 order to show cause, and (d) attend the November 15, 2010 hearing on the plaintiff's order to show cause.

Upon receipt of this letter, I urge you to please contact me as soon as possible to discuss this matter in greater detail.

Very truly yours,

Lucas B. Rocklin

Enclosure

cc: Douglas S. Skalka

**Sara E. Mowery**

From: CMECF@ctd.uscourts.gov
Sent: Wednesday, January 05, 2011 12:02 AM
To: CMECF@ctd.uscourts.gov
Subject: Summary of ECF Activity

This is an automatic e-mail message generated by the CM/ECF system. Please DO NOT RESPOND to this e-mail because the mail box is unattended.

***** NOTE TO PUBLIC ACCESS USERS *****

**This Daily Summary Report may contain documents for which one or more of the following policies apply:**

**Judicial Conference of the United States policy permits attorneys of record and parties in a case (including pro se litigants) to receive one free electronic copy of all documents filed electronically, if receipt is required by law or directed by the filer. PACER access fees apply to all other users. To avoid later charges, download a copy of each document during this first viewing. However, if the referenced document is a transcript, the free copy and 30 page limit do not apply.**

**There is no charge for viewing opinions.**

**Activity has occurred in the following cases:**

**3:09-cv-01527-CFD Jones v. Carruthers**
**Calendar Entry 32**

**Docket Text:**
NOTICE TO COUNSEL OF E-FILE CALENDAR: **HEARING RE: MOTION FOR CONTEMPT is set for 1/31/2011 at 2:00 PM** in North Courtroom, 2nd Floor, 450 Main St., Hartford, CT before Judge Christopher F. Droney. Each side will have 20 minutes for argument. ALL PERSONS ENTERING THE COURTHOUSE MUST PRESENT PHOTO IDENTIFICATION. (Szczygiel, G.)

**3:09-cv-01527-CFD Jones v. Carruthers**
**Order 33**

**Docket Text:**
ORDER: Counsel for the defendant are directed to attend the Noticed Hearing regarding the Motion for Contempt on 1/31/11 @ 2:00 PM, and are personally responsible for notifying the defendant, D. Scott Carruthers, that the defendant's appearance is required by the Court at said Hearing. SO ORDERED. Signed by Judge Christopher F. Droney on 1/4/11. (Szczygiel, G.)

NEUBERT,
PEPE &
MONTEITH, P.C.
Attorneys At Law

195 Church Street, 13th Floor
New Haven, Connecticut 06510
Telephone (203) 821-2000
Facsimile: (203) 821-2008

## *FAX TRANSMISSION COVER SHEET*

| | |
|---|---|
| **Date:** | **January 6, 2011** |
| **To:** | **D. Scott Carruthers, Esq.** |
| **Fax:** | **714-761-1754** |
| **Re:** | **Jones v. Carruthers** |
| **File No.:** | **2651.001** |
| **Sender:** | **Sara for Lucas B. Rocklin, Esq.** |

---

***YOU SHOULD RECEIVE -3- PAGE(S), INCLUDING THIS COVER SHEET. PLEASE CALL Sara M. IF YOU DO NOT RECEIVE ALL OF THE PAGES.***

---

Please see attached correspondence.

NOTE:
THE DOCUMENT ACCOMPANYING THIS TELECOPY TRANSMISSION CONTAINS INFORMATION FROM THE LAW FIRM OF NEUBERT, PEPE & MONTEITH, P.C. WHICH IS CONFIDENTIAL AND LEGALLY PRIVILEGED. THE INFORMATION IS INTENDED ONLY FOR THE USE OF THE INDIVIDUAL OR ENTITY NAMED ON THIS TRANSMISSION SHEET. IF YOU ARE NOT THE INTENDED RECIPIENT, YOU ARE HEREBY NOTIFIED THAT ANY DISCLOSURE, COPYING, DISTRIBUTION, OR THE TAKING OF ANY ACTION IN RELIANCE ON THE CONTENTS OF THIS TELECOPIED INFORMATION IS STRICTLY PROHIBITED AND THAT THE DOCUMENT SHOULD BE RETURNED TO THIS FIRM IMMEDIATELY. IN THIS REGARD, IF YOU HAVE RECEIVED THIS TELECOPY IN ERROR, PLEASE NOTIFY US BY TELEPHONE IMMEDIATELY SO THAT WE CAN ARRANGE FOR THE RETURN OF THE ORIGINAL DOCUMENTS TO US AT NO COST TO YOU.

* * * TRANSMISSION RESULT REPORT (IMMEDIATE TX) ( JAN. 6. 2011 12:19PM ) * * *

FAX HEADER: NEUBERT PEPE MONTEITH

| DATE | TIME | ADDRESS | MODE | TIME | PAGE | RESULT | PERSONAL NAME | FILE |
|---|---|---|---|---|---|---|---|---|
| JAN. 6. | 12:17PM | 17147611754 | ES | 1'28" | P. 3 | OK | | 937 |

# :BATCH
L :SEND LATER
D :DETAIL
♪1:RING

C :CONFIDENTIAL
@ :FORWARDING
F :FINE
♪2:1300Hz

P :POLLING
E :ECM
♪3:DTMF

M :MEMORY TX
S :STANDARD
♪4:CNG

From: Origin ID: EFBA (203) 821-2000
Lucas B. Rocklin
NEUBERT, PEPE & MONTEITH, P.C.
195 CHURCH STREET
13TH FLOOR
NEW HAVEN, CT 06510

FedEx Express

E

Ship Date: 06JAN11
ActWgt: 1.0 LB
CAD: 5412311/INET3000

Delivery Address Bar Code

SHIP TO: (203) 821-2000 BILL SENDER
D. Scott Carruthers, Esq.

8448 KATELLA AVE STE 100

STANTON, CA 90680

Ref # BFR03-03
Invoice # NPM701
PO # 26S1.001
Dept #

TRK# 0201 7942 9380 1839

FRI - 07 JAN A1
PRIORITY OVERNIGHT

90680
CA-US
SNA

N9 APVA

After printing this label:
1. Use the 'Print' button on this page to print your label to your laser or inkjet printer.
2. Fold the printed page along the horizontal line.
3. Place label in shipping pouch and affix it to your shipment so that the barcode portion of the label can be read and scanned.

Warning: Use only the printed original label for shipping. Using a photocopy of this label for shipping purposes is fraudulent and could result in additional billing charges, along with the cancellation of your FedEx account number.

Use of this system constitutes your agreement to the service conditions in the current FedEx Service Guide, available on fedex.com.FedEx will not be responsible for any claim in excess of $100 per package, whether the result of loss, damage, delay, non-delivery,misdelivery,or misinformation, unless you declare a higher value, pay an additional charge, document your actual loss and file a timely claim.Limitations found in the current FedEx Service Guide apply. Your right to recover from FedEx for any loss, including intrinsic valueof the package, loss of sales, income interest, profit, attorney's fees, costs, and other forms of damage whether direct, incidental,consequential, or special is limited to the greater of $100 or the authorized declared value. Recovery cannot exceed actual documented loss.Maximum for items of extraordinary value is $500, e.g. jewelry, precious metals, negotiable instruments and other items listed in our ServiceGuide. Written claims must be filed within strict time limits, see current FedEx Service Guide.

FedEx Express

FedEx Express
Customer Support Trace
3875 Airways Boulevard
Module H, 4th Floor
Memphis, TN 38116

Mail: PO Box 727
mphis, TN 38194-4643

Telephone: 901-369-3600

January 11,2011

Dear Customer:

The following is the proof-of-delivery for tracking number **794293801839**.

## Delivery Information:

| | | | |
|---|---|---|---|
| Status: | Delivered | Delivered to: | Receptionist/Front Desk |
| Signed for by: | J.CARRUTHERS | Delivery location: | STANTON, CA |
| Service type: | Priority Envelope | Delivery date: | Jan 7, 2011 09:49 |

NO SIGNATURE IS AVAILABLE
FedEx Express proof-of-delivery details appear below; however, no signature is currently available for this shipment. Please check again later for a signature.

## Shipping Information:

| | | | |
|---|---|---|---|
| Tracking number: | 794293801839 | Ship date: | Jan 6, 2011 |
| | | Weight: | 0.5 lbs/0.2 kg |

| | |
|---|---|
| Recipient:<br>STANTON, CA US | Shipper:<br>NEW HAVEN, CT US |
| Reference | 8FR03-03 |
| Purchase order number | 2651.001 |
| Invoice number | NPM701 |

Thank you for choosing FedEx Express.

FedEx Worldwide Customer Service
1.800.GoFedEx 1.800.463.3339